4 A.3d 154

Albert Lee KING, Appellant

v.

PA. DEPARTMENT OF CORRECTIONS, PA. Department
of Probation and Parole, Appellees.

Supreme Court of Pennsylvania.

Sept. 29, 2010.

## ORDER

PER CURIAM.

AND NOW, this 29th day of September, 2010, the order of
the Commonwealth Court is hereby AFFIRMED.

Jurisdiction relinquished.